|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |
| 8 |   |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| CAROLYN NAMBA, | ) | Case No.: 5:12-CV-03789-PSG |
|---|---|---|
| Plaintiff, | ) | **STANDBY ORDER TO SHOW CAUSE** |
| v. | ) | |
| LEGAL RECOVERY LAW OFFICES, INC. and DOES 1-10 inclusive | ) | |
| Defendants. | ) | |

The court has been advised that the parties have reached a settlement of all claims. Plaintiff Carolyn Namba shall file a dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) no later than December 14, 2012. If a dismissal of the action is not filed by that date, Keenan shall appear on December 18, 2012 at 2PM in Courtroom 5, 4th Floor and show cause why the case should not be dismissed. All pending dates are vacated.

Failure to comply with this Order may result in dismissal of the action pursuant to

1 | Federal Rule of Civil Procedure 41(b).
2 |     IT IS SO ORDERED.
3 |
4 | Dated:   October 11, 2012
5 |                                      PAUL S. GREWAL
                                     United States Magistrate Judge