1  Tammy Hussin (Bar No. 155290)
2  *Of Counsel*
   Lemberg & Associates LLC
3  6404 Merlin Dr., Suite #100
4  Carlsbad, CA 92011
   Telephone (855) 301-2100 ext. 5514
5  thussin@lemberglaw.com
6
   Lemberg & Associates LLC
7  A Connecticut Law Firm
8  1100 Summer Street
   Stamford, CT  06905
9  Telephone:  (203) 653-2250
10 Facsimile:  (203) 653-3424
11
   Attorneys for Plaintiff,
12 Carolyn Namba
13
                UNITED STATES DISTRICT COURT
14
                NORTHERN DISTRICT OF CALIFORNIA
15
16

17 | Carolyn Namba,                              | Case No.: 5:12-cv-03789-PSG |
18 |              Plaintiff,                     | **VOLUNTARY WITHDRAWAL**    |
19 |                                             |                             |
20 |      vs.                                    |                             |
21 | Legal Recovery Law Offices, Inc.; and       |                             |
22 | DOES 1-10, inclusive,                       |                             |
23 |              Defendants.                    |                             |

24
25
26
27
28

# NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO RULE 41(a)

Carolyn Namba ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

By: /s/  Tammy Hussin
Tammy Hussin  *Of Counsel*
Lemberg & Associates, LLC
Attorney for Plaintiff, Carolyn Namba

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, and not a party to the above-entitled cause. On December 14, 2012, I served a true copy of foregoing document(s): **VOLUNTARY WITHDRAWAL**.

**BY ELECTRONIC FILING:** I hereby certify that on December 14, 2012, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

| | |
|---|---|
| Legal Recovery Law Offices, Inc.<br>5030 Camino De La Siesta, Suite 340<br>San Diego, California  92108-3118 | **Attorney for Defendants Legal Recovery Law Offices, Inc.** |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on December 14, 2012.

By: ___/s/   Tammy Hussin___
Tammy Hussin  *Of Counsel*
Lemberg & Associates, LLC
Attorney for Plaintiff, Carolyn Namba